IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO SERNA,

    Plaintiff,

v.                                                               Case No. 2:23-cv-00076-MLG-JFR

FNU ANDRADE,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed March 6, 2024. Doc. 40. The parties had until March 20, 2024, to file any objections. *Id.* The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

It is therefore ordered that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 42) are adopted. Serna's motions (Docs. 18, 21, 24, 35, and 36) are denied without prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA